# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

E.K.WADE (PRO SE)

**FILED** AUG 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SUMMONS IN A CIVIL CASE

CASE NUMBER: **C 07 4402 WDB**

V.

MARY M. PETERS, SECRETARY
US DEPT. of TRANSPORTATION FAA

TO: (Name and address of defendant)

MARY M. PETERS, Secretary
US DEPT TRANSPORT., FAA
400-7th ST., SW
WASH, DC 20590

U.S. ATTORNEY
450 Golden Gate, 10th Fl
SAN FRANCISCO, CA 94102

ALBERTO Gonzales
Attorney General
U.S. Dept. of Justice
10th + Pennsylvania, NW
WASH, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

E.K.WADE
542 NORTH CIVIC DR #D
Walnut Creek, CA 94597

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA [illegible]

DATE AUG 27 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]    DATE |
| Name of SERVER    Ted MAVRAKOS    TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___Aug. 27, 07___    _____/s/_____
                    Date                              Signature of Server

536 Mission St, San Francisco,
CA -94105-2908
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>**Mary M. Peters, Secretary**<br>**U.S. Department of Transportation,**<br>**Federal Aviation Administration,**<br>　　　　Defendant. | Case No.:<br><br>VERIFIED COMPLAINT<br>FOR DAMAGES<br><br>Discrimination in Hiring (Race);<br>Discrimination in Hiring (Age); and<br>Discrimination in Hiring (Disability).<br><br>Fair Employment and Housing Act:<br>California Government Code §§ 12940(a)<br>and 12965(b);<br><br>**DEMAND FOR JURY TRIAL** |

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the City of Concord and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street San Francisco, California 94105.

1     On August 27, 2007, I served the within **SUMMONS, COMPLAINT,**

2 **SCHEDULE OF CASE MANAGEMENT CONFERENCE, AND LOCAL RULES** on the

3 parties in said action, by placing a true copy thereof enclosed

4 in a sealed envelope with postage (Certified Mail) thereon fully

5 prepaid in the United States post office mail box at San

6 Francisco, California addressed as follows:

| U.S. Attorney<br>450 Golden Gate Avenue, 9th Fl.<br>San Francisco, CA  94102 | Alberto G. Gonzales<br>Attorney General<br>U.S. Department of Justice<br>10th & Pennsylvania, NW<br>Washington, DC  20530 |
|---|---|
| Mary M. Peters, Secretary<br>U.S. Department of Transportation<br>Federal Aviation Administration | |

    I, Ted Mavrakos, declare under penalty of perjury that the foregoing is true and correct.

    Executed this 27th day of August 2007 at San Francisco, California.