FILED

AUG 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.K WADE, PRO SE

Plaintiff(s),

v.

MARY M. PETERS, SECRETARY
U.S. DEPT. TRANSP. /FAA

Defendant(s).

No. C 07-4402 WDB

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/27/07

Signature  EKWade

Counsel for  Plaintiff (Pro se)
(Plaintiff, Defendant, or indicate "pro se")