**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                   510.637.3530


**September 6, 2007**

**CASE NUMBER:  CV 07-04402 WDB**
**CASE TITLE:  E.K. WADE-v-MARY M. PETERS**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: September 6, 2007

FOR THE EXECUTIVE COMMITTEE:

_____
                                              Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                               Entered in Computer 09/06/07 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA