1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6962
6     FAX: (415) 436-6748
      melissa.k.brown@usdoj.gov
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
   E.K. WADE,                       )    No. C-07-4402 CRB
13                                  )
            Plaintiff,              )    DEFENDANT'S NOTICE OF MOTION
14                                  )    AND MOTION TO DISMISS
         v.                         )
15                                  )    Date: November 30, 2007
   UNITED STATES OF AMERICA,        )    Time: 10:00 am
16                                  )    Place: Courtroom 8, 19th Floor
            Defendant.              )       Hon. Charles R. Breyer
17   _____)

18

19

20

21

22

23

24

25

26

27

28

DEFS NOTICE OF MOTION AND MOTION TO DISMISS
C-07-4402 CRB                          1

1

**NOTICE OF MOTION AND MOTION TO DISMISS**

2    PLEASE TAKE NOTICE that on November 30, 2007, at 100:00 am or as soon thereafter

3 as the matter may be heard, before the Honorable Charles R. Breyer, the Defendant Mary M.

4 Peters, Secretary U.S. Department of Transportation,  Federal Aviation Administration ("FAA"),

5 pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), will move this Court to

6 dismiss this action with prejudice for lack of subject matter jurisdiction and failure to state a

7 claim upon which relief can be granted, in the United States District Courthouse, 450 Golden

8 Gate Avenue, San Francisco, CA 94102.

9    This motion is based on this notice, the ensuing points and authorities, and the pleadings

10 on file with the Court.  Plaintiff's opposition to the motion will be due on November 9, 2007, 21

11 days prior to the hearing date.  Defendants' Reply will be due on November 16, 2007, 14 days

12 prior to the hearing date.

13 DATED: October 26, 2007                        Respectfully submitted,
                                                SCOTT N. SCHOOLS
14                                              United States Attorney

15                                                       /s

16                                              _____

17                                              MELISSA K. BROWN
                                                Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       The undersigned hereby certifies that she is an employee of the Office of the United States

3    Attorney for the Northern District of California and is a person of such age and discretion to be

4    competent to serve papers.  The undersigned further certifies that she is causing a copy of the

5    following:

6             **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

7                      <u>E.K. Wade v. Mary M. Peters, Secretary FAA</u>
                                       C 07-4402 CRB
8
     to be served this date upon each of the persons indicated below at the address shown:
9
     E.K. Wade
10   542 North Circle Drive, Apt. D
     Walnut Creek, CA 94597
11

12
       √          **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope
13                 with postage thereon fully prepaid in the designated area for outgoing U.S. mail in
                   accordance with this office's practice.
14
                   **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be
15                 delivered by hand to the person or offices of each addressee above.

16                 **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to
                   the person or offices of each addressee above.
17
                   **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or
18                 offices of each address above.

19                 **BY FEDERAL EXPRESS**

20        I declare under penalty of perjury under the laws of the State of California that the

21   foregoing is true and correct.  Executed October 26, 2007 at San Francisco, California.

22
                                         _____/s/_____
23                                       KATHY TERRY
                                         Legal Assistant
24

25

26

27

28

DEFS NOTICE OF MOTION AND MOTION TO DISMISS
C-07-4402 CRB                                    3