1 SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney
4
450 Golden Gate Avenue, Box 36055
5 San Francisco, California 94102-3495
Telephone: (415) 436-6962
6 FAX: (415) 436-6748
melissa.k.brown@usdoj.gov
7
Attorneys for Defendant
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

12
E.K. WADE,                                          )    No. C-07-4402 CRB
13                                                  )
       Plaintiff,                                   )    [PROPOSED] ORDER GRANTING
14                                                  )    DEFENDANT'S MOTION TO DISMISS
   v.                                               )
15                                                  )    Date: November 30, 2007
UNITED STATES OF AMERICA,                           )    Time: 10:00 am
16                                                  )    Place: Courtroom 8, 19th Floor
       Defendant.                                   )       Hon. Charles R. Breyer
17  _____             )

18

19      On  November 30, 2007, the Defendant's motion to dismiss came on regularly for

20 hearing. Having considered the pleadings, papers on file, and the parties' arguments, and finding

21 just cause  the Court hereby GRANTS the motion to dismiss with prejudice.

22

23      IT IS SO ORDERED

24
DATED: _____           _____
25                                HONORABLE CHARLES R. BREYER
                                  United States District Court Judge
26

27

28

[PROPOSED] ORDER GRANTING MTD
C-07-4402 CRB

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

<u>E.K. Wade v. Mary M. Peters, Secretary FAA</u>
C 07-4402 CRB

to be served this date upon each of the persons indicated below at the address shown:

E.K. Wade
542 North Circle Drive, Apt. D
Walnut Creek, CA 94597

√   **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____   **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____   **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

_____   **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 26, 2007 at San Francisco, California.

                     /s/
                     KATHY TERRY
                     Legal Assistant