IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

      Plaintiff,

  v.

UNITED STATES OF AMERICA,

      Defendant.

No. C 07-04402 CRB

**ORDER**

Plaintiff, proceeding pro se, has filed a motion to dismiss his own action. The Court construes plaintiff's motion – filed before the government has served plaintiff with an answer – as a motion under Federal Rule of Civil Procedure 41(a)(1) for voluntary dismissal. Plaintiff's motion is GRANTED; accordingly, plaintiff's action is dismissed without prejudice.

The hearing scheduled for Friday, November 30, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: November 16, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE